UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MEDINA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:23-cv-02209-JAH-DDL<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On February 9, 2024, Plaintiff Alfredo Medina and Defendant Barclays Bank Delaware's (the "Parties") filed a joint motion to arbitrate this matter and stay the case. (ECF No. 8). The Court granted the Parties joint motion and ordered the Parties to file a status report (1) within seven days after the commencement of arbitration proceedings, and (2) within seven days of the resolution of the arbitration proceedings. (ECF No. 9). To date, no status report regarding the commencement of arbitration proceedings has been filed. In order to manage its docket, the Court HEREBY DIRECTS the Clerk of the Court to ADMINISTRATIVELY CLOSE this case pending a final award by the arbitrator. *See Sarkar v. Garland*, 39 F.4th 611, 618 (9th Cir. 2022). The Parties are to comply with the Court's conditions as set forth above. (*See* ECF No. 9).

DATED: August 29, 2024

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1